UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CORY R. KAPRAL,

   Plaintiff,

v.                                           Case No: 8:13-cv-2967-T-36EAJ

GEICO INDEMNITY COMPANY,

   Defendant.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Elizabeth A. Jenkins on October 20, 2015 (Doc. 83). In the Report and Recommendation, Magistrate Judge Jenkins recommends that GEICO General's Motion to Tax Costs (Dkt. 78) be GRANTED to the extent that GEICO General be awarded $2,422.18 in costs. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 83) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) GEICO General Insurance Company's Motion to Tax Cost (Doc. 78) is **GRANTED**. GEICO General Insurance Company is awarded costs in the amount of $2,422.18.

(3) The Clerk is directed to enter a judgment as to costs in favor of Defendant GEICO General Insurance Company and against Plaintiff Cory R. Kapral in the amount of $2,422.18.

**DONE AND ORDERED** at Tampa, Florida on November 10, 2015.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Elizabeth A. Jenkins
Counsel of Record